RECEIVED
SDNY PRO SE OFFICE
2020 DEC -9 AM 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_YVONNE FROST_____
Write the full name of each plaintiff.

___CV_____
(Include case number if one has been assigned)

RECEIVED
2020 DEC -7 AM 8:22
CLERK'S OFFICE
U.S. COURT OF APPEALS

-against-

US Government
US Senate
US Congress
US DO Court
A Cuomo
City of NY CHRAD
NYPD
The White House
NYC Anti Social Club
US Trinidad Embassy
Adult Protective Services
Premier Group Inc
US Supreme Court
SVR Associates Inc
Court of Appeals
Trinidad Government
NYC MTA
NYCT
Donald Trump
Ana Polusis
Trinidad US Consulate

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

1) Retaliation
2) Abuse of Power
3) Discrimination and Persecution
4) Targetting

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Defendant 1    DONALD TRUMP
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

---

Defendant 2    US GOVERNMENT
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3    NYPD
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

NEW YORK          NY          10007
County, City          State          Zip Code

Defendant 5: City of New York (HRA)
Defendant 6: Civil Associates Inc
Defendant 7: Adult Protective Services
Defendant 8: Premier Group Inc
Defendant 9: NYC Anti Social Club
Defendant 10: NYCT
Defendant 11: NYC MTA
Defendant 12: Ana Polusis

Defendant 13: US Supreme Court
Defendant 14: Court of Appeals
Defendant 15: US SD Court
Defendant 16: Trinidad Government
Defendant 17: Trinidad US Consulate
Defendant 18: US Trinidad Embassy
Defendant 19: US Senate
Defendant 20: US Congress

Defendant 4: **The White House**
First Name / Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City      State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Brooklyn, New York City**

Date(s) of occurrence: **11/30/20 — 12/02/20**

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The defendants wanted me dead this morning or just to lie on sits down. I awoke very late this morning (7:15am). I try standing up and realised it was very painful doing so. My legs were cramping. I felt like the two harmstrings were taken out. I saw an operation via vision that looked like the harmstrings were taken out too.

I heard someone said "ooh quit-die." To get the circulation flowing I kept rubbing my two legs from the pelvic area down for about five to ten minutes. It's like the legs would not allow me to stand.

I started calling on Jesus, Jesus, Jesus then the excruciating pain subsided. At this point I knew

Page 5

*If I know Adult Protective Service is part of HRA, I did not give anyone there money!*

the defendants were watching me from elsewhere. A man came with a long stick-like power washer in his hand and said "I had to leave the nook."

I told him I was packing up my stuff to leave. I also asked him who he worked for? I said if it was not Verizon he could not tell me to leave. He pretended not to hear and did not answer. I saw the lower bottom portion of the outside Verizon wall power-washed - about six inches.

That's the first time anyone ever told me I

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Reuma dirty clothes. harrassed. mental Pressure. uncomfortability.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the C.I.A, F.B.I and L. James to investigate.

I would like to ask the court to order the defendants restore all what was scrambled, and to compensate me for creating hardships, stressors, and

Page 6

FACT (2) | Any money given to me to harm me physically, by anyone who don't said what it is for — I count that null and void too.

had to leave the verizon nook. I saw the washer worker was sent to bring back my money for a defendant. I heard "Go and bring me some." I also heard him and others said "See how much problems that was - we had to go through."

While the workers were working they used that power washing time to steal. I heard one said "That's where the gas tank is."

My temple area feels like an inflated balloon and it pains badly.

I also saw from vision the worker had to make physical (conscious) contact with me. Hence the reason for the leaving scenario and conscious activation of the device. Everything was done when I slept before (subconsciously).

Evil-doers put me to sleep much longer again with their medicated-"air pressures."

I heard one defendant said "You know I like to put salt in everything"

Someone else answered "Yes! but I don't like it."

I also saw via vision an operation done to terminate pregnancies i.e tying of the tubes.

I saw a sacrifice. Someone was handing me a bowl of "food."

Null and Void. Null and void. These defendant know anything I have done subconsciously is and should be counted null and void. They keep tormenting me in my sleep with all these foolishness. Defendant's "you" have to give me the food and asked me physically (both) not when I sleep.

As I was physically calling on Jesus this morning someone passed and heard me. I heard them said via vision "She is angry."

FACT (3)

The pain was excruciating - it sounded that way. That person was so right. My body was saying to sit but my mind/brain was saying push on.

My eyes caught hold of a couple workers leaving in a van whilst I was throughing out the cardboards I slept on. The companies name on the van was Premier Group. Inc. I got partial number plates E27.

FACT (4)

Incident time 2:43 pm
Car # 6493. I physically told them leave my son.

I need Adult Protective Services to look into the abuse of my son (born 1990). Dwane was brought from Trinidad by the defendants to specifically hurt, harm and financially deplete me. Dwane is also being re-shaped, re-programmed (mentally) by the defendants.

Yesterday I saw a dog that looked like a pit bull under the train seat of a defendant. My son was sitting obliquely opposite. I know it is/was a form of fear drilling into my son that was being used. Dwane was working (three point contact) with them to financially deplete me.

Here is the kicker. Dwane looked suicidal. Why would someone who was just given a million dollars look this way? I gave Dwane the million dollars. He was told to "sit down."

It appears to me and also to work for the defendant.

Dwane can hire his own workers or retire if he chooses. My son Dwane is being forced to do things he never grew up doing. These things are troubling on the mind (his mind). The defendants are mentally pressuring him. The pressure shows on his entire body.

Dwane is my son — I know him. In addition Dwane was raped recently and continues to be raped by the defendants or defendants friends. I need Dwane out from amongst them. I need them to stay away — far away from Dwane. It was wrong to bring my son from a foreign country just for the defendants to get even.

I am holding the defendants accountable of altering my sons life and mind and holding him back. Dwane should be flying high like an eagle instead he is down below hopping around like a rabbit. This is evil and wickedness to its fullest. It hurts me badly to see my son in such terrible state.

PS Who uses dog(s) in this time to instill fear in people?

## FACT (5)

The night before same stealing continued into the early morning hours by the city of New York and N.Y.P.D. M.R.A had lost a soup kitchen through greed. I heard someone said "New you have your 'lil' soup kitchen".

I saw money handed.

I awoke early yesterday and saw a man doing something with a plugged in device at the corner by my nook (opposite). He went into car and sat down after. I went over the street and got this car number from the car he sat in AD 9360.

NYPD (#5054) was also making three point contact to steal at (7:00am). NYPD wanted to know why I had lifted up their skirt by taking the number licensed. The incidents occurred by Maiden and Water.

A bunch of MTA employee's turned up right after I got on a Borough Hall platform yesterday. Those employees did not give me a lollipop. I am holding, NYPD City of New and MTA accountable of stalking with the intention of financially deplete me.

In addition the defendants are doing unseen chinos/craft to kill and harm me. Yesterday my throat was coarse and my vocals dwindling after getting unseen blows from magicians/spiritualist. I knew one of them was a MTA employee at Fulton's Street turnstyle. The other on a Wall Street platform who looked like a witch.

It appeared to me the air-condition was turned up very high at the Bowling Green Station where I was taking all my orders. Today, I retracted to the opposite end and stood by the little booth. I know the MTA don't want me to stand there.

Yesterday the pursuit was so intense I was struggling to get (35 minutes) alone time to read my bible.

FACT (6)

The defendants placed key players to "mark me." They say players I know it is persecution. This persecution has been going on for over five years now. For the records I would never join your evil and dark side.

I am holding the defendants accountable of wasting time to financially deplete me. I have never come across so great foolishness to waste someone's life away as this. Stalking me then handing me bananas for an act to follow after representing the "penis". Walking behind me and having sex with me behind my back. Doing the same on the train.

How can I get away from a man that sleeps on a high bed?

The presence of/from that defendant is very uncomfortable. His transportation ways are uncommon and fast. I cannot breathe. I need my space to breathe.

I am still homeless and eating from out the garbage most times. At times "bites" are placed in the garbage for me - I know this. My physical condition is decreasing. Still wearing dirty clothes. Its getting colder more unbearable. My anemic condition makes it worse. I am also going through life stages with a pre-existing medical condition.

I am constantly being drugged and sexually assaulted in all the "nooks".

There is no order in New York City presently only chaos. Most defendants were told to do what 'yuh' want. The defendants have done exactly that. My head feels blown up and eyes very, very blurry presently. My stomach feels weak and legs thin out (skinnier).

I am holding the defendants accountable of taking and holding my son Dwane a prisoner and force labor.

## FACT (1)

I have never seen people acted so greedy and turned wild animals for money. They have gone insane women and men. The greed and self-centred drive is out of this world. It's like a force have come over them. A very evil and wicked force.

RELIEF (2)

pain and suffering.

I would like to ask the court/committee to hand over all keys to my Archbishop and all new compensations. My children needs to get into their house.

I would like to ask the court/committee to compensate Dwane for shock, traumatization, heartbreak, pain and suffering, mental distress and emotional stress. I am holding them accountable of taking him prisoner and rape/sexual molestation. Those men were just the size of giants I saw him with.

I would like to ask the committee/court to have cell manipulators stay away from Dwane and the rest of the family.

The entire system is upside down (not the way) it is suppose to be. I heard someone said "I am difficult." It is not me. Jesus said "He knows what the problems are — He can fix them."

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12/02/20
Dated

Yvonne Frost
Plaintiff's Signature

Yvonne
First Name

Middle Initial

Frost
Last Name

40 Ann Street
Street Address

New York     NY                               10038
County, City              State                Zip Code

None
Telephone Number

Yvonne.Frost1@aol.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



United States SD Court
Clerk of Amenus
500 Centre Street
New York, NY 10007

United States SD Court
Court of Appeals
40 Centre Street
New York NY 10007

Yvonne Frost
 Ann Street
New York NY 10038

Emergency

RECEIVED
SDNY PRO SE OFFICE
2020 DEC -9 AM 11:16